IN THE

TENTH COURT OF APPEALS




 
 
 
 
 
 
 


 



No. 10-08-00113-CR

 

Michael Vincent Gallardo,

                                                                                    Appellant

 v.

 

The State of Texas,

                                                                                    Appellee

 

 

 



From the 85th District Court

Brazos County, Texas

Trial Court No. 04-05094-CRF-85

 



MEMORANDUM  Opinion



 

Appellant has filed a motion to dismiss his appeal. 
See Tex. R. App. P.
42.2(a); McClain v. State, 17 S.W.3d 310, 311 (Tex. App.—Waco 2000, no
pet.).  We have not issued a decision in this appeal.  Appellant personally
signed the motion.  Accordingly, the appeal is dismissed.

PER CURIAM

 

Before Chief Justice
Gray,

Justice
Vance, and

Justice
Reyna

Appeal
dismissed

Opinion delivered and
filed September 17, 2008

Do not publish

[CR25]